# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KARL RHEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:20-cv-01290 JAR |
| KILOLO KIJAKAZI, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Karl Rhen's Motion for Attorney Fees. (Doc. No. 29). The Court will direct Commissioner Kilolo Kijakazi to respond within ten days.

Accordingly,

**IT IS HEREBY ORDERED** that Commissioner Kilolo Kijakazi shall file any response to Plaintiff's Motion for Attorney Fees within **ten days**.

Dated this 9th day of December, 2021.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE